# United States Court of Appeals
## For the First Circuit

No. 25-1658

IN RE: US DEPARTMENT OF STATE; US DEPT. OF HOMELAND SECURITY; TODD LYONS, in their official capacity as Acting Director of US Immigration and Customs Enforcement; MARCO RUBIO, in their official capacity as Secretary of State; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; DONALD J. TRUMP, in their official capacity as President of the United States; UNITED STATES,

Defendants - Petitioners.

Before

Rikelman, Kayatta and Aframe,
Circuit Judges.

**ORDER OF COURT**

Entered: July 11, 2025

The government has filed a mandamus petition and accompanying request for interim relief. Plaintiffs have opposed. After initial review of the parties' submissions and relevant portions of the record, we grant the government's request for a stay of any further disclosure of documents for which the government says it has claimed privilege and where waiver is the only basis stated for rejecting the claim of privilege. Plaintiffs may file a more fulsome answer to the petition by Monday, July 14, 2025, at 5:00 p.m. The district court is invited to address the petition by Tuesday, July 15, 2025, at 5:00 p.m.; the court's response should identify what the reason was for the in camera review and detail the rationale for its waiver rulings on the government's assertion of certain privileges. The motion for administrative stay is denied as moot. The court will rule promptly on the petition.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. William G. Young
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Alexander Abdo
Ahilan T. Arulanantham
David Zimmer
Caroline DeCell
Edwina Bullard Clarke
Michael Tremonte
Noam Biale
Alexandra Conlon
Courtney Gans
Jackson Thomas Busch
Jameel Jaffer
Ramya Krishnan
Scott B. Wilkens
Talya Nevins
Xiangnong Wang
Yaman Salahi
Ethan B. Kanter
Donald Campbell Lockhart
Paul F. Stone
Victoria M. Santora
Jessica Danielle Strokus
Nancy Naseem Safavi
Harry Graver
William Kanellis
Eric Dean McArthur
Mark R. Freeman
Brett Allen Shumate
Amanda Mundell
Sophia Shams
Joshua M. Daniels
Arthur Liou
Julia Lum
Peter W. Saltzman
Philip Monrad
David Rassoul Rangaviz
Joel Anderson Fleming
Lauren Godles Milgroom