# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1658          Short Title: In Re: Am. Assoc. of Univ. Pr

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

DHS, Todd M. Lyons, Kristi Noem, Marco Rubio, Donald J. Trump, USA, and U.S. Department of State as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Amanda L. Mundell
Signature

7/11/25
Date

Amanda L. Mundell
Name

U.S. Department of Justice
Firm Name (if applicable)

202-514-3469
Telephone Number

950 Pennsylvania Ave. NW
Address

Fax Number

Washington, D.C. 20530
City, State, Zip Code

Amanda.L.Mundell@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1191501

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).