# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-1658                **Short Title:**    In Re: Am. Assoc. of Univ. Professors

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attachment. _____ as the

[  ] appellant(s)              [  ] appellee(s)              [  ] amicus curiae

[  ] petitioner(s)             [  ] respondent(s)            [  ] intervenor(s)

/s/Alex Abdo _____    7/13/2025 _____
Signature                          Date

Alex Abdo _____
Name

Knight First Amendment Institute    (646) 745-8500 _____
Firm Name (if applicable)          Telephone Number

475 Riverside Dr. Suite 302    _____
Address                            Fax Number

New York, NY 10115            alex.abdo@knightcolumbia.org
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: 1154992

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |

The Clerk will enter my appearance as counsel on behalf of American Association of University Professors, American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors-American Federation of Teachers, and Middle East Studies Association as the Real-Parties-in-Interest–Plaintiffs.