No. 25-1658

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

*In re* MARCO RUBIO, *et al.*,

*Petitioners.*

MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OF AMERICA,

*Petitioners–Defendants*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS,

*Respondent*,

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

*Real-Parties-in-Interest–Plaintiffs.*

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR A WRIT OF MANDAMUS

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
AMANDA L. MUNDELL
SOPHIA SHAMS
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-353-9018*

The government respectfully requests leave to file the attached reply in support of its petition for a writ of mandamus. The government requested plaintiffs' position on this motion but, as of the time of this filing, the government has yet to receive a response.

The attached reply is well under half the word limit for a mandamus petition and response, consistent with the general rule for replies, *see* Fed. R. App. P. 27(d)(2), 32(a)(7), and addresses points raised by court's submission and the plaintiffs' supplemental answer.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
*s/ Amanda L. Mundell*
AMANDA L. MUNDELL
SOPHIA SHAMS
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-353-9018*

JULY 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this filing complies with the limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it totals 88 words. I further certify that this petition complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word 2016 in a proportionally spaced typeface, 14-point Garamond font.

                                            *s/ Amanda L. Mundell*
                                            AMANDA L. MUNDELL

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service has been accomplished via email to the following counsel:

*Counsel for Real-Parties-in-Interest–Plaintiffs:*

Ahilan Arulanantham (arulanantham@law.ucla.edu)
Michael Tremonte (mtremonte@shertremonte.com)
Noam Biale (nbiale@shertremonte.com)
Alexander Abdo (alex.abdo@knightcolumbia.org)
Alexandra Conlon (aconlon@shertremonte.com)
Caroline DeCell (carrie.decell@knightcolumbia.org)
Courtney Gans (cgans@shertremonte.com)
David Jacob Zimmer (dzimmer@zimmercitronclarke.com)
Edwina Bullard Clarke (edwina@zimmercitronclarke.com)
Jackson Thomas Busch (jackson.busch@knightcolumbia.org)
Jameel Jaffer (jameel.jaffer@knightcolumbia.org)
Ramya Krishnan (ramya.krishnan@knightcolumbia.org)
Scott B. Wilkens (scott.wilkens@knightcolumbia.org)
Talya Nevins (talya.nevins@knightcolumbia.org)
Xiangnong Wang (george.wang@knightcolumbia.org)
Yaman Salahi (yaman@salahilaw.com)

The district court has been provided with a copy of this reply in support of the petition for writ of mandamus pursuant Federal Rule of Appellate Procedure 21(a).

                                               *s/ Amanda L. Mundell*
                                               AMANDA L. MUNDELL