# EXHIBIT A

## Chart of withheld documents disclosed to Plaintiffs

| Document Description | Submitted to Court | Original privilege asserted in Dkt. 131 or 181 | Additional privileges asserted in Dkt. 189 | Date disclosed to Plaintiffs |
|---|---|---|---|---|
| Letter to Andrea Toll Whiting, Director of Field Operations, U.S. State Department on [REDACTED] | Dkt. 131 June 11 Production, Ex. B | LEP | LEP *withdrawn* (Dkt. 189, privilege log bates 1–2) | 7/10 from Defendants (pp. 1-2) & from Court |
| Letter to Andrea Toll Whiting, Director of Field Operations, U.S. State Department on [REDACTED] | Dkt. 131 June 11 Production, Ex. C | LEP | | 7/10 from Court |
| HSI Report of Analysis on [REDACTED] | Dkt. 131 June 11 Production, Ex. D | LEP | | 7/10 from Court |
| HSI Report of Analysis on [REDACTED] | Dkt. 131 June 11 Production, Ex. E | LEP | | 7/10 from Court |
| Letter to John L. Armstrong, Senior Bureau Official Bureau of Consular Affairs, U.S. State Department on [REDACTED] | Dkt. 131 June 11 Production, Ex. F | LEP | | 7/10 from Court |
| HSI Report of Analysis on [REDACTED] | Dkt. 131 June 11 Production, Ex. G | LEP | | 7/10 from Court |
| Letter to John L. Armstrong, Senior Bureau Official Bureau of Consular Affairs, U.S. State Department on [REDACTED] | Dkt. 131 June 11 Production, Ex. H | LEP | | 7/10 from Court |
| HSI Report of Analysis on [REDACTED] | Dkt. 131 June 11 Production, Ex. I | LEP | | 7/10 from Court |
| Letter to John L. Armstrong, Senior Bureau Official Bureau of Consular Affairs, U.S. State Department on [REDACTED] | Dkt. 131 June 11 Production, Ex. J | LEP | | 7/10 from Court |
| HSI Report of Analysis on [REDACTED] | Dkt. 131 June 11 Production, Ex. K | LEP | | 7/10 from Court |
| Action Memo for the Secretary — Removal of [REDACTED] and [REDACTED] under INA 237(a)(4)(C) | Dkt. 131 June 11 Production, Ex. L | DPP | | 7/10 from Defendants (pp. 11-15) |
| Action Memo for Senior Bureau Official John Armstrong—[REDACTED] Visa Revocation | Dkt. 131 June 11 Production, Ex. O | DPP | | 7/10 from Defendants (pp. 16-19) |
| Emails Re: Draft Statement/Response | Dkt. 181 July 2 Production | No specific assertion | LEP (Dkt. 189, privilege log bates 3) | 7/10 from Defendants (pp. 3) |
| Emails Re: Draft Statement/Response | Dkt. 181 July 2 Production | No specific assertion | LEP (Dkt. 189, privilege log bates 4) | 7/10 from Defendants (pp. 4) |
| Emails FW: Signed Memo | Dkt. 181 July 2 Production | No specific assertion | LEP, AC, AWP (Dkt. 189, privilege log bates 5–10) | 7/10 from Defendants (pp. 5-10) |