No. 25–1658

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

_____

*In re* MARCO RUBIO, et al.,

*Petitioners.*

MARCO RUBIO, in his official capacity as Secretary of State, et al.,

*Petitioners–Defendants,*

v.

U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS,

*Respondent,*

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,

*Real-Parties-in-Interest–Plaintiffs.*

## PLAINTIFFS' RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Edwina Clarke (BBO 699702)
David Zimmer (BBO 692715)
Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

Noam Biale
Michael Tremonte
Alexandra Conlon
Courtney Gans
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004

Alex Abdo
Ramya Krishnan
Carrie DeCell
Xiangnong Wang
Talya Nevins
Jackson Busch
Stephany Kim
Scott Wilkens
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

(212) 202-2603
nbiale@shertremonte.com
mtremonte@shertremonte.com

Ahilan T. Arulanantham (SBN
    237841)
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029
arulanantham@law.ucla.edu

## <u>RULE 26.1 CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, undersigned counsel certifies that Real-Parties-in-Interest–Plaintiffs—American Association of University Professors, AAUP-Harvard Faculty Chapter, AAUP at New York University, Rutgers AAUP-American Federation of Teachers, and Middle East Studies Association—have no parent corporations and no publicly held corporation owns 10 percent or more of their organization's stock.

July 16, 2025

Respectfully submitted,

Edwina Clarke (BBO 699702)
David Zimmer (BBO 692715)
Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

Noam Biale
Michael Tremonte
Alexandra Conlon
Courtney Gans
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2603
nbiale@shertremonte.com
mtremonte@shertremonte.com

/s/ Alex Abdo
Alex Abdo
Ramya Krishnan
Carrie DeCell
Xiangnong Wang
Talya Nevins
Jackson Busch
Stephany Kim
Scott Wilkens
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

Ahilan T. Arulanantham (SBN 237841)
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029

1

arulanantham@law.ucla.edu

*Counsel for Real-Parties-in-Interest–
Plaintiffs*

**Certificate of Service**

I hereby certify that on July 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, effecting service on the following counsel:

Amanda L. Mundell
Sophia Shams

Service has been accomplished via email on the following counsel:

Brett A. Shumate
Eric D. McArthur
Mark R. Freeman

Plaintiffs have provided a copy of this filing to the district court.

/s/ Alex Abdo

Dated: July 16, 2025