TO:

Peter W. Saltzman
Leonard Carder LLP
1330 Broadway
Ste 1450
Oakland, CA 94612

RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 JUL 25 PM 12:28

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

25-1658
Case Opening
7/10/25

USMS Screened

NIXIE  957  48 1  0107/17/
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210300425  2060N198122-0186