TO:

Julia Lum
Leonard Carder LLP
1330 Broadway
Ste 1450
Oakland, CA 94612

RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 JUL 25 P 12:27

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

25-1658
Case Opening
7/10/25

USMS Screened