RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 NOV 10 ⊃ 12: 58

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN RE: American Association of
Of University Professors
V. Marco Rubio, Secretary
Of State, Civil Action
No. 25-10685
Honorable Judge William
G. Young

Appeal No. "Unknown"

Dear Chief Clerk DUBROVSKY:
    Please file or lodge the enclosed "Notice of Intent To file
an amicus Curiae brief". When this request is actually done in your
office please send me a copy of the docket sheet.
    Thank you.

THUS, RESPECTFULLY
SUBMITTED

DR. JAMES MURRAY, 09548-007
U.S.P. P.O. BOX. 33
Terre Haute, In. 47808

NOVEMBER 3, 2025
    DATE

FOOTNOTE:
See    amicu doctor of laws judicial recognition. IN THE MATTER OF
MURRAY, 494 Mass. 1007-1008 N.2 & N. 4 read together. July 5, 2024
"amended" opinion.

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

IN RE: THE CASE OF AMERICAN
ASSOCIATION OF UNIVERSITY
PROFESSORS V. MARCO RUBIO
SECRETARY OF STATE
CIVIL ACTION NO. 25-10685
HONORABLE JUDGE WILLIAM G.
YOUNG

APPEAL NO. UNKNOWN

NOTICE OF INTENT TO FILE AN AMICUS CURIAE BRIEF

See ATTACHED USA TODAY, Thursday October 2, 2025 Reporting:
"Judge Affirms Foreign Students Free Speech Rights"
The undersigned doctor of law will be filing a motion for leave
to file an amicus curiae; with accompanying "amicus curiae brief",
supporting Judge Young's September 30, 2025 judgment. This is a
prefiling notice of intent.

NOVEMBER 3, 2025
     DATE

THUS, RESPECTFULLY SUBMITTED
Dr. JAMES MURRAY, 09548-007
U.S.P. P.O. BOX. 33
Terre Haute, In. 47808

FOOTNOTE:
See amicus doctor of laws judicial recognition. IN THE MATTER OF
MURRAY, 494 Mass. 1007-1008 N.2 & N.4 read together. July 5, 2024
"amended" opinion.

Case: 25-1658    Document: 00118377525    Page: 3    Date Filed: 11/10/2025    Entry ID: 6771622

# Judge affirms foreign students' free speech rights

## Ruling knocks Trump administration's actions

**Lauren Villagran**
USA TODAY

A federal judge has ruled against the Trump administration's efforts to revoke the legal status of pro-Palestinian students and activists, saying top leaders violated their right to free speech.

Actions were taken by the departments of State and Homeland Security "to strike fear" into other students with similar pro-Palestinian views, U.S. District Court Judge William G. Young in Boston found, and they had the effect of "pro-actively (and effectively) curbing lawful pro-Palestinian speech."

Young sided with groups representing university faculty, finding that the administration sought to "target noncitizen pro-Palestinians for deportation primarily on account of their First Amendment protected political speech."

"Moreover, the effect of these targeted deportation proceedings continues unconstitutionally to chill freedom of speech to this day," Young said.

Young, who was appointed by President Ronald Reagan, opened his Sept. 30 opinion with a scrapbook-style copy of a threatening, handwritten postcard sent to his office and dated June 19, 2025. It read: "Trump has pardons and tanks... What do you have?"

Secretary of State Marco Rubio and Homeland Security Secretary Kristi Noem earlier in 2025 sought to revoke the legal status of several high-profile, pro-Palestinian student activists and place them in deportation proceedings.

Among them was Mahmoud Khalil, a former student of Columbia University and legal permanent resident who



**Mahmoud Khalil arrives at Newark Liberty International Airport on June 21 in Newark, New Jersey.**
MICHAEL KARAS/USA TODAY NETWORK

was active in pro-Palestinian protests on campus. He spent more than three months in ICE detention in Louisiana in 2025 and continues to fight his case to remain in the United States.

The lawsuit was filed in March by faculty groups including the American Association of University Professors and its chapters at Harvard, Rutgers and New York University, and the Middle East Studies Association. Young issued his ruling following a trial.

The Justice Department, under President Donald Trump, argued during the trial that no such policy of deportation for ideological reasons existed and that the administration was lawfully executing its wide discretion to enforce immigration laws for the justifiable purpose of ensuring national security and protecting Jewish students.

From his first day in office, Trump has asserted a separation of the free speech rights of American citizens from those of noncitizens. His Jan. 20 executive order entitled "Restoring Freedom of Speech and Ending Federal Censorship" barred federal officials from any action "that would unconstitutionally abridge the free speech of any American citizen." It didn't mention free speech rights of noncitizens.

*Contributing: Reuters.*

Case: 25-1658   Document: 00118377525   Page: 4   Date Filed: 11/10/2025   Entry ID: 6771622

JAMES MURRAY
09548-007
U.S.P.
P.O. BOX 33
TERRE HAUTE, 47808

INDIANAPOLIS IN 460

6 NOV 2025 AM 7 L

1 7 7 5



ANASTASIA DUBROVSKY, CHIEF CLERK,
U.S. COURT OF APPEALS,
JOHN JOSEPH MOAKLEY COURTHOUSE
UNITED STATES COURTHOUSE
1   COURTHOUSE   WAY,      SUITE   #   2500
BOSTON, MASS. 02210

LEGAL MAIL

02210-302499