OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

December 10, 2025

James Murray, 09548-007
U.S.P. Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Re: In Re: Am. Assoc. of Univ. Professors, et al.
    Appeal No. 25-1658

Dear James Murray:

The court is in receipt of your November 3, 2025, letter and filing (received on November 10, 2025) regarding the above case. Please be advised that this case is closed, and mandate issued on June 15, 2023.

I have enclosed a docket sheet for this appeal for your records.

I hope this information is helpful to you.

Sincerely,

Anastasia Dubrovsky, Clerk

ml

Encl.

cc:
Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Alexandra Conlon, Courtney Gans, Jackson Thomas Busch, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Talya Nevins, Xiangnong Wang, Yaman Salahi, Ethan B. Kanter, Donald Campbell Lockhart, Paul F. Stone, Victoria M. Santora, Jessica Danielle Strokus, Nancy Naseem Safavi, Amanda Mundell, Harry Graver, Sophia Shams, William Kanellis, Eric Dean McArthur, Mark R. Freeman, Brett Allen Shumate, Joshua M. Daniels, Arthur Liou, Julia Lum, Peter W. Saltzman, Philip Monrad, David Rassoul Rangaviz, Joel Anderson Fleming, Lauren Godles Milgroom,