OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

April 9, 2026

James Murray, 09548-007
U.S.P. Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Re:  In Re: Am. Assoc. of Univ. Professors, et al.
Appeal No. 25-1658

Dear James Murray:

The court is in receipt of your March 24, 2026, letter and filing (received on April 6, 2026) regarding the above case. Please be advised that this case is closed, and mandate issued on June 15, 2023. I am returning this document to you.

I hope this information is helpful to you.

Sincerely,

Anastasia Dubrovsky, Clerk

cd/gb

Encl.

cc:
Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Alexandra Conlon, Courtney Gans, Jackson Thomas Busch, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Talya Nevins, Xiangnong Wang, Yaman Salahi, Ethan B. Kanter, Donald Campbell Lockhart, Paul F. Stone, Victoria M. Santora, Jessica Danielle Strokus, Nancy Naseem Safavi, Amanda Mundell, Harry Graver, Sophia Shams, William Kanellis, Eric Dean McArthur, Mark R. Freeman, Brett Allen Shumate, Joshua M. Daniels, Arthur Liou, Julia Lum, Peter W. Saltzman, Philip Monrad, David Rassoul Rangaviz, Joel Anderson Fleming, Lauren Godles Milgroom